UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ALICIA MARIE RICHARDS,<br><br>Debtor. | Case No. 8:22-cv-01813-SB<br>Case No. 8:22-cv-01954-SB<br>Case No. 8:22-cv-01855-SB<br>Case No. 8:22-cv-01858-SB<br>Case No. 8:22-cv-01937-SB<br><br>FINAL JUDGMENT |

For the reasons set forth in the Court's Dismissal Order, entered May 4, 2023, as subsequently amended, these cases are dismissed with prejudice. This is a Final Judgment.

IT IS SO ORDERED.

Date: May 17, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1